**EXHIBIT 2:** INFRINGEMENT
URL: https://www.realtor.com/realestateagents/es/5a005cc8f7d8460013c032d4

